1190

People v Wilson | App Div, 4th Dept, 11/27/16 (Niagara) | dismissed 2/24/17 (Abdus-Salaam, J.)

People v Zil | 4th Dept: 144 AD3d 1616 (Oneida) | denied 2/21/17 (Garcia, J.)

(February 1, 2017 through February 28, 2017)

People v Kuzdzal | 4th Dept: 144 AD3d 1618 (Erie) | granted 2/16/17 (Peradotto, J.)

* Includes only applications that were granted.